IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HATTIE M. RAMSIRE | § | |
| v. | § | CIVIL ACTION NO. 2:05cv410 |
| COMMISSIONER, SOCIAL SECURITY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommended that the case be reversed and remanded with instructions for the Commission to grant Plaintiff's application and to calculate the disability benefits due Plaintiff. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions except to the extent that they recommend calculating benefits for a closed period. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that the above-entitled Social Security action is **REVERSED** and **REMANDED** to the Social Security Administration for the payment of all accumulated benefits due Plaintiff; and

**ORDERS** that all motions not previously ruled on are denied.

SIGNED this 14th day of July, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE